GORDON-LITTLE COMPANY v. JUNGCLAUS ET AL.

[No. 11,079.   Filed January 13, 1922.]

From Johnson Circuit Court; *Fremont Miller*, Judge.

Action between the Gordon-Little Company and William P. Jungclaus and another.   From the judgment rendered, the former appeals.   *Affirmed.*

*Burke G. Slaymaker*, for appellant.
*Frank A. Symmes, Frank S. Roby* and *Garth B. Melson*, for appellees.

PER CURIAM.—Judgment affirmed.

---

HELFRICH v. WALSH.

[No. 11,133.   Filed January 25, 1922.]

From Vanderburgh Probate Court; *Elmer Q. Lockyear*, Judge.

Action between Ed. Helfrich and William P. Walsh.   From the judgment rendered, the former appeals.   *Affirmed.*

*Albert J. Veneman, William C. Welbron* and *Louis L. Roberts*, for appellant.

PER CURIAM.—Judgment affirmed.

---

POBUTKIEWICZ v. GENERAL AMERICAN MANUFAC-
TURING COMPANY ET AL.

[No. 11,181.   Filed December 2, 1921.]

From the Industrial Board of Indiana.

Proceedings for compensation under the Workmen's Compensation Act by William Pobutkiewicz against the General American Manufacturing Company and another.   From an award denying compensation, the applicant appeals.   *Affirmed.*

*Daniel J. Moran*, for appellant.
*William J. Whinery*, for appellees.

NICHOLS, J.—The facts in this case are similar to the facts in the case of *Centlivre Beverage Co.* v. *Ross* (1919), 71 Ind. App. 343, 125 N. E. 220, and nothing can be gained by making a statement of them.

Appellant contends that because of the legislative change of §31 of the Workmen's Compensation Act of 1915 (Acts 1915 p. 392, §80201 *et seq.* Burns' Supp. 1918) separating the disfigure-